# NO. 12-14-00242-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CATHY ANN WALKER,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW #2* |
| *GOOD SHEPHERD MEDICAL*<br>*CENTER, INC.,*<br>*APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant perfected her appeal on August 20, 2014. The clerk's record was filed on September 9, 2014, making Appellant's brief due on or before October 9, 2014.

When Appellant failed to file her brief by the due date, this court notified Appellant on October 13, 2014, that the brief was past due. The notice warned that if no motion for extension of time to file the brief was received by October 23, 2014, the appeal would be dismissed for want of prosecution under Texas Rule of Appellate Procedure 42.3(b). Further, the notice informed Appellant that the motion for extension of time must contain a reasonable explanation for her failure to file the brief and a showing that Appellee had not suffered material injury thereby.

To date, Appellant has neither complied with, nor otherwise responded to, this court's October 13, 2014 notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

Opinion delivered October 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 30, 2014

NO. 12-14-00242-CV

**CATHY ANN WALKER,**
Appellant
V.
**GOOD SHEPHERD MEDICAL CENTER, INC.,**
Appellee

Appeal from the County Court at Law No 2

of Gregg County, Texas (Tr.Ct.No. 2014-0170-C)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*